**DREW L. JOHNSON**, OSB #752000
**Drew L. Johnson, P.C.**
drewlj@callatg.com
1700 Valley River Dr.
Eugene, OR  97401
Phone: (541) 434-6466
Fax:    (541) 434-6366

**LINDA S. ZISKIN**, OSB # 011067
linda@ziskinlawoffice.com
PO Box 2237
Lake Oswego, OR 97035
Voice: (503) 889-0472
Fax:    1(888) 889-5776
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **MARCUS A. LEITHEISER**<br><br>Plaintiff,<br><br>vs.<br><br>**COMMISSIONER of Social Security**,<br><br>Defendant. | Case No. 6:10-cv-6243-~~AA~~ SI<br><br><br>ORDER |

Attorney fees in the amount of **$12,419.15** are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b).  The court finds this is a reasonable fee.  When issuing the § 406(b) check, the agency is directed to send to Plaintiff's attorney Drew Johnson **at his current address shown above** the full amount withheld of $12,419.15, minus any user fee.

ORDER - Page 1

Due to the garnishment of the entire EAJA fee under the Treasury Offset Program, there will be no refund of an EAJA fee.

DATED this 5th day of October, 2012.

_____
Hon. Michael H. Simon
United States District Judge


Presented by:
s/ Linda Ziskin, OSB # 011067
(503) 889-0472
 Of Attorneys for Plaintiff

ORDER - Page 2